**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Michael O. DeVAUGHN, Defendant–Appellant.**

**No. 12–55957.**

United States Court of Appeals, Ninth Circuit.

Submitted April 7, 2014.*

Filed April 14, 2014.

Jean–Claude Andre, Assistant U.S., Keri Curtis Axel, Assistant U.S., Office of the

---

* The panel unanimously concludes this case is suitable for decision without oral argument.

U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Michael J. Treman, Esquire, Michael J. Treman Attorney at Law, Santa Barbara, CA, for Defendant–Appellant.

Michael O. DeVaughn, pro se.

Before: TASHIMA, GRABER, and IKUTA, Circuit Judges.

### MEMORANDUM **

Michael O. DeVaughn appeals from the district court's denial of his motion under Federal Rule of Civil Procedure 60(b) to set aside the court's 1993 judgment denying his 28 U.S.C. § 2255 motion. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), DeVaughn's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. DeVaughn has filed a pro se supplemental brief and the government has filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.